

**FILED**

AUG 21 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

___Christopher Medina___
~~[redacted]~~

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

___World of Wrestling___
___3 STEP Sports___
___WAR of Roses___

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. __25 CV - 438 GKF - CDL__
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

*IFP pending*
*Ø Summons*

ProSe-05

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Christopher Jason MEDINA
Street Address: 3042 Askew Avenue
City and County: Kansas City   Jackson
State and Zip Code: Missouri   64128
Telephone Number: 913-401-7823
E-mail Address: Christopher01181981@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: World of Wrestling
Job or Title (if known): Wrestling Tournament
Street Address: 16112 S Lewis Ave
City and County: Bixby, OK
State and Zip Code: 74008
Telephone Number: 918-366-4411
E-mail Address (if known): worldofwrestling@olp.net

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name: 3 Step Sports
Job or Title: Wrestling tournament

2

ProSe-05

(if known)
Street Address       500 Unicorn Park Drive Floor 5
City and County      Woburn, MA 01801
State and Zip Code   01801
Telephone Number     (781) 722-0338
E-mail Address
(if known)

☐ Individual capacity        ☐ Official capacity

Defendant No. 3

Name                 War of Roses
Job or Title         Wrestling tournament
(if known)
Street Address       2252 25 Street
City and County      Columbus
State and Zip Code   IN 47201
Telephone Number
E-mail Address       IndianaGirlswrestling@gmail.com
(if known)

☐ Individual capacity        ☐ Official capacity

Defendant No. 4

Name                 RMN Events
Job or Title         Wrestling tournament
(if known)
Street Address       4104 N. Valley Dr.
City and County      Longmont  CO
State and Zip Code   CO 80504
Telephone Number     303 635-1549
E-mail Address       info@rmnevents.com
(if known)

☐ Individual capacity        ☐ Official capacity

3

ProSe-05

Defendant 5

Name: floarena

Job or title: website

Street Address: 1214 W 5th Street Ste A
Austin, Texas

Defendant 6

Nathan D Blevins
Tournament
2502 N Paradise Cir
Wichita, KS 67205

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)
☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

discrimation due to cat fishing
harrasement & copp ad privacy
Weight Arugements

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

① Free speech - Stalking facebook

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

4

ProSe-05

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

① on Facebook I have been victim harrassment catfish accounts and have reacted. ② Filed PPO against women who stalked me for years.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Several year 2001 - Present.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I was Banned from Nuwy Combat World of wrestling, War of Noses, RMN Events, and KC Frontier Feup.

My wife and children were Banned from War of Noses, and world of westly. Have done no harm.

The Directors refused to have police Involved on catfishing accounts that caused me to send penis photo In reaction.

5

ProSe-05

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I undergone 3 four mental surgical stays.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

reInstate to attend the tournaments.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

ProSe-05

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __8/19__, 20_25_

Signature of Plaintiff ___[signature]___

Printed Name of Plaintiff ___Christople Medine___

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

7

ProSe-05

**FROM:**
Christopher Medina
3042 Asker Avenue
Kansas City, MO 64128

**TO:**
Page Belcher Federal Building
333 W 4th Street
Room 411
Tulsa, OK 74103

RECEIVED
AUG 21 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

ReadyPost

Postmarked 8/19/2025
25-cv-438-GKF-CDL

Retail
RDC 99
74103

U.S. POSTAGE PAID
FCM LG ENV
KANSAS CITY, MO 64108
AUG 19, 2025
$7.47
S2324P503211-37

